IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH
_____

| | |
|---|---|
| JEMA SCHUNKE, | ) **DISMISSAL ORDER &** |
| | ) **MEMORANDUM DECISION** |
| Plaintiff, | ) |
| | ) Case No. 2:13-CV-252 TC |
| v. | ) |
| | ) District Judge Tena Campbell |
| UTAH STATE HOSPITAL et al., | ) |
| | ) |
| Defendants. | ) |

_____

Plaintiff filed a prisoner civil rights complaint,[1] and was granted *in forma pauperis* status.[2]  However, Plaintiff has not complied with the Court's April 12, 2013 order to file within thirty days a "certified copy of the trust fund account statements . . . for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which prisoner is confined."[3]

Accordingly, IT IS HEREBY ORDERED that Plaintiff's case is DISMISSED without prejudice.  This case is CLOSED.

DATED this 12th day of June, 2013.

BY THE COURT:

_____
JUDGE TENA CAMPBELL
United States District Court

---

[1] *See* 42 U.S.C.S. § 1983 (2013).

[2] *See* 28 U.S.C.S. § 1915.

[3] § 1915(a)(2).